ORIGINAL

FILED

06/19/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0460

# IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court No. DA 19-0460

IN THE MATTER OF
THE ADOPTION OF:

A.F.,

## ORDER GRANTING EXTENSION OF TIME

Upon consideration of Appellant Father's first motion for extension of time to file his Reply Brief, and good cause appearing therefrom;

IT IS HEREBY ORDERED that an extension of time to and including July 1, 2020 is GRANTED within which to prepare, serve, and file the Appellant's Reply Brief.

Signed and dated as indicated below.

FILED

JUN 19 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

6-19-2020

ORDER GRANTING EXTENSION OF TIME - 1